AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

CALLOWAY CLEANING AND RESTORATION, INC.

    Plaintiff,

V.

ROBERT T. BURER, et al.

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:22-cv-00012

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Defendant Burer is individually liable for a total of $27,302.98 in compensatory damages on the breach of fiduciary duty claim and the conversion claim;

2. Defendant Burer and Defendant 1 Call Away are jointly and severally liable for $10,000.00 in compensatory damages, $20,000.00 in punitive damages, and $55,927.38 in attorney fees on the defamation claim.

3. In addition to fees awarded on the defamation claim, Defendants are jointly and severally liable for $19,001.00 in attorney fees based on prior sanctions awards;

4. Defendant Burer and Defendant 1 Call Away are jointly and severally liable for an additional $5,691.55 in damages for their deceptive trade practices under Ohio law;

5. Defendant Burer and Defendant 1 Call Away are jointly and severally liable for $10,000.00 in damages under the Lanham Act;

6. Within thirty (30) days of the date of this Order, Defendants shall either close or alter the name listed on the BB Investment Properties bank account in order to delete any reference to 1 Call Away. Defendants are further enjoined from using the name "1 Call Away" or Calloway's imagery for any future business;

7. Calloway is entitled to post-judgment interest.

| 4/12/2024 | RICHARD W. NAGEL, CLERK |
|---|---|
| Date | Clerk |
| | (By) Deputy Clerk |